A-57/04

№ 6354

# The People of the State of New York,

*To All to Whom These Presents Shall Come or May Concern,*

SEND GREETING:

**Know Ye,** That we, having inspected the records of our Surrogate's Court in and for the County of Richmond, do find that on the 10th day of March in the year two thousand four by said Court, Letters of Administration /Limited ~~of the goods, chattels and credits~~ of are limited to the prosecution of an action only in the estate of DARIUS MARQUETTE MARSHALL a/k/a DARIUS M. MARSHALL of the County of Richmond, deceased, were granted and committed unto

ANTHONY DEREK MOZONE

and that it does not appear by said Records that said Letters have been revoked.

{L.S}

In Testimony Whereof, we have caused the seal of office of the Surrogate's Court of the County of Richmond to be hereunto affixed.

Witness, Hon. JOHN A. FUSCO, Surrogate of our said County, at the County of Richmond, the 10th day of March in the year of the Lord two thousand four

*Ronald M. Cerchio*

Chief Clerk of the Surrogate's Court.